```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 04405
    ADAM J HAZLETT
    GINA E HAZLETT                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5247    SSN XXX-XX-3182


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/13/2007 and was confirmed 09/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   6.00%.

     The case was dismissed after confirmation 03/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
-------------------------------------------------------------------------------

PHH MORTGAGE SERVICES    CURRENT MORTG         .00              .00              .00
PHH MORTGAGE SERVICES    MORTGAGE ARRE         .00              .00              .00
INTERNAL REVENUE SERVICE PRIORITY           313.74              .00              .00
AMERICAN EXPRESS         UNSECURED        NOT FILED             .00              .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED             .00              .00
BANK OF AMERICA          UNSECURED        NOT FILED             .00              .00
CAPITAL ONE              UNSECURED        NOT FILED             .00              .00
CAPITAL ONE              UNSECURED        NOT FILED             .00              .00
CAPITAL ONE              UNSECURED        NOT FILED             .00              .00
CITY OF CHICAGO PARKING  UNSECURED           200.00             .00              .00
CITIBANK                 UNSECURED        NOT FILED             .00              .00
MUNICIPAL COLLECTION SER UNSECURED           550.00             .00              .00
DIRECT MERCHANTS BANK    UNSECURED        NOT FILED             .00              .00
ECAST                    UNSECURED        NOT FILED             .00              .00
ENDODONTIC & PERIODONTIC UNSECURED           442.19             .00              .00
FEDERAL BOND & COLLECTIO UNSECURED        NOT FILED             .00              .00
FORD MOTOR CREDIT        UNSECURED          5677.77             .00              .00
ECAST SETTLEMENT CORP    UNSECURED          3715.78             .00              .00
HOME FIRST HEALTH SERVIC UNSECURED        NOT FILED             .00              .00
HSBC NV                  UNSECURED        NOT FILED             .00              .00
NATIONAL CAPITAL MGMT LL UNSECURED          3993.71             .00              .00
INGALLS MEMORIAL HOSPITA UNSECURED        NOT FILED             .00              .00
MENARDS                  UNSECURED        NOT FILED             .00              .00
RADIOLOGY IMAGING CONSUL UNSECURED        NOT FILED             .00              .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED             .00              .00
SEARS                    UNSECURED        NOT FILED             .00              .00
SPRINT PCS               UNSECURED        NOT FILED             .00              .00
ST JAMES HOSPITAL C U    UNSECURED        NOT FILED             .00              .00
STUART B HANDELMAN       NOTICE ONLY      NOT FILED             .00              .00
TRI CAP INVESTMENT PARTN UNSECURED        NOT FILED             .00              .00
UNIVERSITY OF IL MEDICAL UNSECURED        NOT FILED             .00              .00
TRILOGY CAPOITAL MGMT    UNSECURED          3799.92             .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 04405 ADAM J HAZLETT & GINA E HAZLETT
```

```
VILLAGE OF ALSIP            UNSECURED       NOT FILED           .00              .00
WELL GROUP HEALTH PARTNE    UNSECURED       NOT FILED           .00              .00
ROUNDUP FUNDING LLC         UNSECURED          962.89           .00              .00
PHH MORTGAGE                NOTICE ONLY    NOT FILED            .00              .00
ILLINOIS DEPT OF REVENUE    UNSECURED           73.08           .00              .00
ILLINOIS DEPT OF REVENUE    PRIORITY           670.81           .00              .00
RMI/MCSI                    UNSECURED         2500.00           .00              .00
INTERNAL REVENUE SERVICE    UNSECURED          591.50           .00              .00
FELD & KORRUB LLC           DEBTOR ATTY      2,500.00                        2,293.20
TOM VAUGHN                  TRUSTEE                                            156.80
DEBTOR REFUND               REFUND                                                .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 2,450.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   2,293.20
TRUSTEE COMPENSATION                               156.80
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                  2,450.00              2,450.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 06/25/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 07 B 04405 ADAM J HAZLETT & GINA E HAZLETT